UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80489-CIV-DIMITROULEAS/SNOW

MELVIN BAITY,
And all others similarly situated,

    Plaintiffs,

vs.

THE HOFFMAN LAW GROUP, P.A., f/k/a/
THE RESIDENTIAL LAW GROUP, P.A., a
Florida corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 10], filed herein on May 1, 2015. The Court has carefully considered the Notice [DE 10] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 10] is **APPROVED**;

2. This action is hereby **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of May 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record